UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:26-00278 FMO (ADS)                    Date:  March 31, 2026

Title:  *Ronald Fabian Lopez Mendez v. U.S. Immigration and Customs Enforcement*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):          Attorney(s) Present for Respondent(s):
None Present                                            None Present

**Proceedings:**      **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: MOOTNESS**

On March 11, 2026, Petitioner Fabián López Méndez, by and through counsel, filed an Amended Petition for Habeas Corpus By a Person in Federal Custody Under 28 U.S.C. § 2241 (the "Petition") and an Amended Application for a Temporary Restraining Order and Preliminary Injunction (the "Application").  (Dkt Nos. 13, 14.)  On March 20, 2026, the Court granted the Application and required the Parties to file a status report, including, among other things, their positions on whether further briefing is necessary.  (Dkt. No. 20.)  The Court is in receipt of the Parties' status report in which Petitioner "requests an opportunity to brief the mootness issue."  (Dkt. No. 22.)

The Court orders Petitioner to show cause in writing why the Petition should not be dismissed as moot by no later than April 30, 2026.  Petitioner must substantively specify what claims, if any, remain pending, the relief sought, and the factual and legal basis for each claim.  Respondents must provide their position on mootness and substantively respond to the claims Petitioner contends remain by no later than May 14, 2026.  Petitioner may file a reply by no later than May 21, 2026.

**IT IS SO ORDERED.**

Initials of Clerk kh

CV-90 (03/15) – SP                    Civil Minutes – General                    Page **1** of **1**