JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD FABIAN LOPEZ MENDEZ,<br><br>Petitioner,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Respondent. | No. 5:26-cv-00278-FMO-ADS<br><br>**JUDGMENT**<br><br>Honorable Fernando M. Olguin<br>United States District Judge<br><br>Honorable Autumn D. Spaeth<br>United States Magistrate Judge |

Pursuant to the Joint Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241, **IT IS ADJUDGED** that the Amended Petition under 28 U.S.C. § 2241 is granted, with no further proceedings, consistent with the reasons and terms set forth in the Court's Order granting Petitioner's Motion for a Preliminary Injunction (Dkt. 20).

Dated: April 28, 2026

_____
/s/
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

1